### HALPIN v. AMERMAN.

(Circuit Court of Appeals, Second Circuit. April 26, 1905.)

No. 207.

CIRCUIT COURT OF APPEALS—JURISDICTION.

The Circuit Court of Appeals is without jurisdiction of proceedings in error which involve only the question of the jurisdiction of the Circuit Court in the cause.

[Ed. Note.—For cases in point, see vol. 13, Cent. Dig. Courts, § 1099.

Review of jurisdiction of Circuit Courts, see note to Excelsior Wooden Pipe Co. v. Pacific Bridge Co., 48 C. C. A. 357.]

In Error to the Circuit Court of the United States for the Southern District of New York.

J. A. Allen, for plaintiff in error.

Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. This case involves the single question whether the court below had jurisdiction of the action. That question is one which this court cannot entertain, and which can only be reviewed by the Supreme Court upon writ of error taken direct from the Circuit Court to that court.

The writ of error must consequently be dismissed.